NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZELNA J. WALLACE,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2024-1395

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-01386-EHM, Judge Edward H. Meyers.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                                          WALLACE v. US

accordance with the rules.

FOR THE COURT

May 17, 2024                                 Jarrett B. Perlow
Date                                          Clerk of Court

**ISSUED AS A MANDATE:** May 17, 2024